# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GENEVIE HERNANDEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY PAUL BUCK, an individual; PAPE MATERIAL HANDLING, INC., an Oregon corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 5:23-cv-02610-KK-DTB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Kenly Kiya Kato<br><br>Trial Date:        March 3, 2025 |

The Court, having considered the Joint Stipulation for Dismissal of Entire Action with Prejudice, finds that good cause exists for granting the Joint Stipulation for Dismissal of Entire Action with Prejudice.

**ORDERED**

It is hereby ordered that this action is dismissed, with prejudice, in its entirety.

DATED: May 9, 2025

_____
HON. JUDGE KENLY KIYA KATO